UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tyron J. Martin<br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 20-14832-AMC |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 12/23/2020.

3.    This Motion to Dismiss has been filed for the following reason(s):

- The plan filed by debtor(s) violates 11 U.S.C. Section 1325(a)(6) in that there is insufficient disposable income listed on Schedule J to adequately fund the proposed plan.

    WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 05/17/2021

Respectfully submitted,

*/s/ Polly A. Langdon, Esq.*
Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trusteee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
Telephone: (610) 779-1313